492 A.2d 1119

**In the Matter of the ADOPTION OF Henry Augustus HUTCHINS, IV.**

**Appeal of Henry Augustus HUTCHINS, III.**

Supreme Court of Pennsylvania.

Submitted March 8, 1985.

Decided May 31, 1985.

558

James A. Pitonyak, Erie, for appellant.

Stephanie Domitrovich, Erie, for Henry Augustus Hutchins, IV.

Marilyn Woolery, Erie, for Patricia Ann Moore Clark.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA, PAPADAKOS, JJ.

## ORDER

PER CURIAM.

THE ORDER OF THE SUPERIOR COURT IS AFFIRMED.